**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6711**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

ANTHONY DEWAYNE MCCLELLAND, a/k/a Ant,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:05-cr-00009-RLV-DCK-13)

Submitted:  August 26, 2010        Decided:  September 3, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Dewayne McClelland, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dewayne McClelland appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. McClelland, No. 5:05-cr-00009-RLV-DCK-13 (W.D.N.C. Apr. 29, 2010). We deny McClelland's motion to appoint counsel and motion to produce 21 U.S.C. § 851 (2006) notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED